| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Lukasz S Lech** | Social Security number or ITIN | **xxx–xx–9386** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7** | **12/28/17** |
| Case number: | **17–38183** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Lukasz S Lech | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 365 Lakeside Dr.<br>Roselle, IL 60172 | |
| 4. | **Debtor's attorney**<br>Name and address | Konstantine T. Sparagis<br>Law Offices of Konstantine Sparagis P C<br>900 W. Jackson Blvd., Ste. 4E<br>Chicago, IL 60607 | Contact phone 312 753–6956<br>Email: gsparagi@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Frank J Kokoszka<br>Kokoszka & Janczur, P.C.<br>19 South LaSalle<br>Suite 1201<br>Chicago, IL 60603–1419 | Contact phone 312–443–9600<br>Email: trustee@k–jlaw.com |

**For more information, see page 2 >**

Debtor **Lukasz S Lech**     Case number **17–38183**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br><br> Contact phone 1–866–222–8029 <br><br> Date: 12/29/17 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 23, 2018 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: <br><br> **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/26/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                            United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                         Case No. 17-38183-JSB
Lukasz S Lech                                                  Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1          User: abowles              Page 1 of 2                  Date Rcvd: Dec 29, 2017
                              Form ID: 309A              Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2017.
```
db          +Lukasz S Lech,    365 Lakeside Dr.,    Roselle, IL 60172-1447
26319959    +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
26319963    +Bmo Harris Bank Na,    111 W Monroe,    Chicago, IL 60603-4095
26319965    +Capone/cabelas,    4800 Nw 1st Street,    Lincoln, NE 68521-4463
26319966    +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
26319969    +Comcast,    PO Box 1577,   Newark, NJ 07101-1577
26319970    +Corona Industrial, LLC,    c/o CBRE,    4141 Inland Empire Blvd., Ste. 100,
              Ontario, CA 91764-5025
26319973   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,     SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial Llc,    332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
26319971    +Dan Rubin, as Attorney for BMO Harr,    Howard & Howard,    200 S. Michigan Ave., Ste. 1100,
              Chicago, IL 60604-2461
26319972    +Daniel Jackson,    Vedder Price,    222 N. LaSalle St., Ste. 2600,    Chicago, IL 60601-1104
26319974    +Finch & Barry Realty, LLC,    1305 Wiley Rd., Ste. 106,    Schaumburg, IL 60173-4347
26319976    +Katarzyna M. Pawloska,    1176 Forums Ct., #3A,    Wheeling, IL 60090-5636
26319977    +Mark B. Grzymala,    Grzymala Law Offices, P.C.,    10024 Skokie Blvd, Suite 206,
              Skokie, IL 60077-9947
26319978    +PNC Bank,   PO Box 5570,    Cleveland, OH 44101-0570
26319983    +Siemens Financial Services, Inc.,    170 Wood Avenue South,    Iselin, NJ 08830-2726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: gsparagi@yahoo.com Dec 30 2017 00:07:15      Konstantine T. Sparagis,
              Law Offices of Konstantine Sparagis P C,     900 W. Jackson Blvd., Ste. 4E,    Chicago, IL  60607
tr           EDI: QFJKOKOSZKA.COM Dec 29 2017 23:58:00      Frank J Kokoszka,    Kokoszka & Janczur, P.C.,
              19 South LaSalle,   Suite 1201,    Chicago, IL  60603-1419
26319958    +EDI: AMEREXPR.COM Dec 29 2017 23:48:00      Amex,    Po Box 297871,
              Fort Lauderdale, FL 33329-7871
26319964     EDI: CAPITALONE.COM Dec 29 2017 23:48:00      Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
26319967    +EDI: CHASE.COM Dec 29 2017 23:58:00      Chase Card,    P.o. Box 15298,
              Wilmington, DE 19850-5298
26319968    +EDI: CKSFINANCIAL.COM Dec 29 2017 23:48:00      Cks Financial,    505 Independence Pkwy St,
              Chesapeake, VA 23320-5178
26319975    +EDI: IRS.COM Dec 29 2017 23:49:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
26319982    +EDI: SEARS.COM Dec 29 2017 23:48:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
26319985     EDI: USBANKARS.COM Dec 29 2017 23:48:00      Us Bank,    4325 17th Ave S,    Fargo, ND 58125
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26319960       Bartosz Michalik
26319961       Bartosz Michalik
26319962       Bartosz Michalik
26319979       Road Concept, Inc.
26319980       Road Concept, Inc.
26319981       Road Concept, Inc.
26319984       Tenant
                                                                                 TOTALS: 7, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2017                                    Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2017 at the address(es) listed below:

```
          Arlene N Gelman    on behalf of Creditor    Siemens Financial Services, Inc.
           agelman@vedderprice.com,    ckim@vedderprice.com,
           ecfdocket@vedderprice.com;arlene-gelman-5110@ecf.pacerpro.com;7610@ecf.pacerpro.com
          Frank J Kokoszka    trustee@k-jlaw.com,    fkokoszka@ecf.epiqsystems.com
          Konstantine T. Sparagis     on behalf of Debtor 1 Lukasz S Lech gsparagi@yahoo.com,
           Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```
                                                                                  TOTAL: 4