| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Lukasz S Lech** | Social Security number or ITIN **xxx–xx–9386** |
| First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN _ _ _ _ |
| First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | |
| Case number: **17–38183** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lukasz S Lech

March 27, 2018

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                          Case No. 17-38183-JSB
Lukasz S Lech                                                   Chapter 7
        Debtor              CERTIFICATE OF NOTICE

District/off: 0752-1         User: cpatterso         Page 1 of 2         Date Rcvd: Mar 27, 2018
                             Form ID: 318            Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
```
db         +Lukasz S Lech,    365 Lakeside Dr.,    Roselle, IL 60172-1447
26347563   +BMO Harris Bank N.A.,    Micki Koepke,    3925 Fountains Blvd NE Suite 105,
             Cedar Rapids, IA 52411-6620
26372414   +BNSF Railway Co,    c/o Stein & Rotman,    77 W Washington St Ste 1105,    Chicago IL 60602-3249
26319959   +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
26372413   +Bartosz Michalik,    c/o Saul Modestas,    401 S. Frontage Rd Ste C,    Willowbrook IL 60527-7100
26319962   +Bartosz Michalik,    1367 Farmgate Rd,    Bartlett IL 60103-1836
26319963   +Bmo Harris Bank Na,    111 W Monroe,    Chicago, IL 60603-4095
26319965   +Capone/cabelas,    4800 Nw 1st Street,    Lincoln, NE 68521-4463
26319966   +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
26319969   +Comcast,    PO Box 1577,    Newark, NJ 07101-1577
26319970   +Corona Industrial, LLC,    c/o CBRE,    4141 Inland Empire Blvd., Ste. 100,
             Ontario, CA 91764-5025
26319973   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
             (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
             Saint Paul, MN 55101)
26319971   +Dan Rubin, as Attorney for BMO Harr,     Howard & Howard,    200 S. Michigan Ave., Ste. 1100,
             Chicago, IL 60604-2461
26319972   +Daniel Jackson,    Vedder Price,    222 N. LaSalle St., Ste. 2600,    Chicago, IL 60601-1104
26319974   +Finch & Barry Realty, LLC,    1305 Wiley Rd., Ste. 106,    Schaumburg, IL 60173-4347
26372416   +International Fidelity Ins Co,    7431 E State St #242,    Rockford IL 61108-2678
26319976   +Katarzyna M. Pawloska,    1176 Forums Ct., #3A,    Wheeling, IL 60090-5636
26319977   +Mark B. Grzymala,    Grzymala Law Offices, P.C.,    10024 Skokie Blvd, Suite 206,
             Skokie, IL 60077-9947
26319978   +PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
26372417   +RTS Financial Service, Inc,    9300 Metcalf Ave,    Overland Park KS 66212-1463
26319983   +Siemens Financial Services, Inc.,     170 Wood Avenue South,    Iselin, NJ 08830-2726
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          EDI: QFJKOKOSZKA.COM Mar 28 2018 04:58:00      Frank J Kokoszka,    Kokoszka & Janczur, P.C.,
             19 South LaSalle,    Suite 1201,    Chicago, IL  60603-1419
26319958   +EDI: AMEREXPR.COM Mar 28 2018 04:58:00      Amex,    Po Box 297871,
             Fort Lauderdale, FL 33329-7871
26319964    EDI: CAPITALONE.COM Mar 28 2018 04:58:00      Capital One,    15000 Capital One Dr,
             Richmond, VA 23238
26319967   +EDI: CHASE.COM Mar 28 2018 04:58:00      Chase Card,    P.o. Box 15298,
             Wilmington, DE 19850-5298
26319968   +EDI: CKSFINANCIAL.COM Mar 28 2018 04:58:00      Cks Financial,    505 Independence Pkwy St,
             Chesapeake, VA 23320-5178
26319975   +EDI: IRS.COM Mar 28 2018 04:58:00      Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA 19101-7346
26319982   +EDI: SEARS.COM Mar 28 2018 04:58:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
26319985    EDI: USBANKARS.COM Mar 28 2018 04:58:00      Us Bank,    4325 17th Ave S,    Fargo, ND 58125
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26319960        Bartosz Michalik
26319961        Bartosz Michalik
26319979        Road Concept, Inc.
26319980        Road Concept, Inc.
26319981        Road Concept, Inc.
26319984        Tenant
                                                                                   TOTALS: 6, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:

         Arlene N Gelman    on behalf of Creditor    Siemens Financial Services, Inc. agelman@vedderprice.com, ckim@vedderprice.com, ecfdocket@vedderprice.com;arlene-gelman-5110@ecf.pacerpro.com;7610@ecf.pacerpro.com
         Frank J Kokoszka    trustee@k-jlaw.com, fkokoszka@ecf.epiqsystems.com
         Konstantine T. Sparagis    on behalf of Debtor 1 Lukasz S Lech gsparagi@yahoo.com, Gus@konstantinelaw.com;Morgan@konstantinelaw.com;Drew@konstantinelaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                   TOTAL: 4